UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                           : Chapter 13

    Charles John Eder, Jr.       :
               Debtor        : Bankruptcy No. 17-13359-MDC
                          :
                          : Application for Compensation
                          : of Attorney Fees for Services
                          : Rendered from 4/28/2017 to 5/9/2018

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, this \_26th\_ day of _____June_____, 2018, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $6,665.00 ($7,020.00 reduced by $355.00) and cost of $335.00 are approved and the amount owed of $5,000.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman      J.
United States Bankruptcy Judge