**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Charles John Eder, Jr. DBA** | : | **Case No.: 17-13359** |
| **Combustion Engineering** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as

counsel of record for creditor **Wells Fargo Bank, N.A. as Successor by Merger to Wachovia**

**Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.


/s/ Karina Velter                                 /s/ Sarah E. Barngrover
Karina Velter (94781)                                Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC                     Manley Deas Kochalski LLC
P.O. Box 165028                                        P.O. Box 165028
Columbus, OH  43216-5028                      Columbus, OH  43216-5028
Telephone: 614-220-5611                          614-220-5611; Fax: 614-627-8181
Fax: 614-627-8181                                     sebarngrover@manleydeas.com

18-005107_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-13359** |
| **Charles John Eder, Jr. DBA** | : | **Chapter 13** |
| **Combustion Engineering** | : | **Judge Magdeline D. Coleman** |
| | : | *** * * * * * * * * * * * * * * * * * *** |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A. as Successor by** | : | **Related Document #** |
| **Merger to Wachovia Bank, N.A.** | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Charles John Eder, Jr. DBA** | : | |
| **Combustion Engineering** | : | |
| | : | |
| **William C. Miller** | | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105,
ecfemails@ph13trustee.com

Jeffrey A. Fournier, Attorney for Charles John Eder, Jr. DBA Combustion Engineering, 2480-
B Durham Road, Bristol, PA 19007, jefffournier@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Charles John Eder, Jr. DBA Combustion Engineering, 2770 Langhorne-Yardley Road,
Langhorne, PA 19047

Charles John Eder, Jr. DBA Combustion Engineering, 601 Cedar Avenue, Croydon, PA
19021

18-005107_PS

Tax Claim Bureau, County of Bucks, 55 E. Court Street, Doylestown, PA  18901

Bristol Twp. Sewer Dept., 2501 Bath Road, Bristol, PA  19007


DATE: <u>March 9, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

18-005107_PS