IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Charles John Eder, Jr. DBA** | : | Case No.: 17-13359 |
| **Combustion Engineering** | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A. as Successor by Merger to Wachovia Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

18-005107_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-13359** |
| **Charles John Eder, Jr. DBA** : | **Chapter 13** |
| **Combustion Engineering** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A. as Successor by** : | **Related Document #** |
| **Merger to Wachovia Bank, N.A.** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Charles John Eder, Jr. DBA** : | |
| **Combustion Engineering** : | |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Jeffrey A. Fournier, Attorney for Charles John Eder, Jr. DBA Combustion Engineering, 2480-B Durham Road, Bristol, PA 19007, jefffournier@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 11, 2021:

Charles John Eder, Jr. DBA Combustion Engineering, 2770 Langhorne-Yardley Road, Langhorne, PA 19047

18-005107_PS

Document      Page 3 of 3

Charles John Eder, Jr. DBA Combustion Engineering, 601 Cedar Avenue, Croydon, PA 19021

DATE: September 11, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-005107_PS