| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>Charles John Eder, Jr. | Case Number:<br>2:2017-bk-13359 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ＿ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: 2970 UCID: WFCHEQ1713359PAE62362970 | | ＿ Check this box if the account number has changed. |
| 2. Court Claim Number: 3 | | |
| 3. Signature:<br><br>Check the appropriate box.<br>  X  I am the creditor.<br>     I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>     I am the trustee, or the debtor.<br>     I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Sharon Renee Harris      Date:  01/20/2022<br>      VP Loan Documentation | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CASE NO.:    17-13359

**Charles John Eder, Jr.**                                CHAPTER:    13

       **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                *By U.S. Postal Service First Class Mail Postage Prepaid:*

Charles John Eder, Jr.
2770 Langhorne-Yardley Road
Langhorne, PA 19047

*Debtor's Attorney:*            *By CM / ECF Filing:*

JEFFERY A. FOURNIER
Fournier Law Offices
2480-B Durham Road
Bristol, PA 19007

*Trustee:*                *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)