UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Charles John Eder Jr. | Chapter 13 |
| Movant/Debtor | Bankruptcy No. 17-13359-MDC |
| vs. | |
| Kenneth E. West | Motion to Approve Agreement Compromise Controversy and |
| Trustee/Respondent. | Settlement and Motion to Approve Attorney fees and Set Aside Fees. |

## ORDER

AND NOW this 24 day of January, 2022, upon consideration of the Motion submitted by the Movant/Debtor for to Approve Compromise, Controversy and Settlement and Motion to Approve Fees and Set Aside it is hereby **ORDERED**:

1. That the Motion is Granted;

2. The Settlement Agreement dated September 3, 2021 for $45,000.00 is approved;

3. Attorney fees payable to Wayne A. Ely, Esquire for 33.33% from the settlement amount plus costs in accordance with the fee agreement is hereby approved;

4. Charles J. Eder, Jr. through his attorney Wayne A. Ely, Esquire is directed to issue to Kenneth E. West, Trustee $2,867.72 representing the remaining balance due to fund the chapter 13 plan;

5. Attorney fees for Jeffery A. Fournier, Esquire in review and monitoring the personal injury case and prosecuting this motion for the amount of $834.00 is approved. Charles J. Eder, Jr. through his attorney Wayne A. Ely, Esquire is directed to issue to Jeffery A. Fournier, Esquire $834.00 from the settlement proceeds.

BY THE COURT

Honorable Chief Judge Magdeline D. Coleman
United States Bankruptcy Judge