B2030 (Form 2030) (12/15)

**Amended 01/25/2022**

# United States Bankruptcy Court

**Eastern** District Of **Pennsylvania**

In re    **Charles John Eder Jr.**

Case No. **17-13359-MDC**

**Debtor**    Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ **see #6 below**

   Prior to the filing of this statement I have received .................... $ **$2,000.00 initial deposit**

   Balance Due ............................................................................... $ **see #6 below**

2. The source of the compensation paid to me was:

   [X] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor        [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Debtor agreed to compensate Jeffery A. Fournier, Esquire at $200.00/hour plus costs. Fees and costs in excess of the retainer above will be paid through the Chapter 13 Plan upon review and approval of a Fee Application by the Court.**

**On or about June 26, 2018, I was approved for attorney fees of $6.665.00 and costs of $335.00 and received from the Trustee $5,000.00 pursuant to the confirmed chapter 13 plan.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**01/25/2022**      **/s/ Jeffery A. Fournier, Esquire**

*Date*      *Signature of Attorney*

**Fournier Law Offices**

*Name of law firm*