UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br><br>　　Charles J. Eder, Jr<br><br>　　　　　　　　Debtors | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 17-13359-MDC<br>:<br>: Supplemental Application for Compensation<br>: and Reimbursement of Expenses Post<br>: Confirmation. |

### SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF THE CHAPTER 13 PLAN

Jeffery A. Fournier applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is Jeffery A. Fournier, Counsel for the Debtors, Charles J. Eder, Jr..

2. ˙ The Debtors filed a Petition under Chapter 13 of the Bankruptcy Code on May 11, 2017.

3. The Debtors Chapter 13 Plan was confirmed by the Court on May 10, 2018

4. The Debtor paid the Applicant zero dollars ($2,000.00) prior to filing the Chapter 13 Bankruptcy Case.

5. Applicant's prior Applications are as follows:

FIRST APPLICATION PERIOD 04/28/2017 to 05/09/2018  (Ordered 06/26/2018)

|  | Requested | Allowed | Paid | Due |
|---|---|---|---|---|
| Fees | $ 6,665.00 | $ 6,665.00 | $ 6,665.00* | $ 0.00 |
| Expenses | $ 335.00 | $ 335.00 | $ 335.00 | $ 0.00 |

* includes the initial deposit of $2,000.00

6. The Applicant requests an award of supplemental compensation of $834.00 for 8.0 hours expended for the following services: Application to Employ personal injury attorney, review personal injury complaint, medical records of injury, proposed settlement agreement, explanation from personal injury attorney on reasons for settlement, prepared Motion to Approve Agreement Compromise Controvery and Settlement, Motion to Approve Attorney Fees. Conducted one telephonic meeting with client and attorney and attended one telephonic hearing with the court on the Motion to Approve Settlement and Attorney Fees

7. Applicant requests that the compensation be awarded at the following hourly rate : $200.00/hour.

8. Applicant request that reimbursement of expenses in the amount of $0.00 for court costs.

9. A copy of the Applicant's **Amended** Disclosure of Compensation Pursuant to F. R. B. P. 2016(b) is attached hereto as Exhibit "A".

10. Attached as Exhibit "B" is a copy of Applicant's time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtors chapter 13 plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested:

    a) were performed or incurred for or on behalf of the debtor, the services and expenses were actually necessary and the compensation requested for those services is reasonable and

    b) are not duplicative of services and expenses for which compensation reimbursement was previously requested.

12. If the supplemental application is granted the debtor's confirm chapter 13 plan as confirmed does not require additional funding. The fees are being held by the personal injury attorney subject to approval of this fee application by the court. The proposed order direct the personal injury attorney to forward the requested fees from the personal injury settlement proceeds.

13. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's Law Firm unless 11 U.S.C.§504(c) applies.

WHEREFORE, Applicant requests an award of $834.00 in compensation for attorney fees and of $0.00 in reimbursement of actual, necessary expenses with $834.00 to be paid by Wayne A. Ely, Esquire from the settlement proceeds of Charles J. Eder, Jr. 's personal injury proceeds.

Dated: 01/25/2022                                          /s/ Jeffery A. Fournier, Esquire, Applicant
                                                           Jeffery A Fournier, Esquire
                                                           2480-B Durham Road
                                                           Bristol, PA  19007
                                                           (215) 943-1873