## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  **Charles John Eder Jr.** | : | **Chapter 13** |
| | : | |
| **Movant/Debtor** | : | **Bankruptcy No. 17-13359-MDC** |
| | : | |
| **vs.** | : | |
| | : | |
| **Kenneth E. West** | : | **Motion to Approve Agreement** |
| | : | **Compromise Controversy and** |
| **Trustee/Respondent.** | : | **Settlement and Motion to Approve** |
| | : | **Attorney fees and Set Aside Fees.** |

### ORDER

**AND NOW** this   25th    day of January 2022, upon consideration of the Motion submitted by the Movant/Debtor for to Approve Compromise, Controversy and Settlement and Motion to Approve Fees and Set Aside it is hereby **ORDERED:**

1. That the Motion is Granted;

2. The Settlement Agreement dated September 3, 2021 for $45,000.00 is approved;

3. Attorney fees payable to Wayne A. Ely, Esquire for 33.33% from the settlement amount plus costs in accordance with the fee agreement is hereby approved;

4. Charles J. Eder, Jr. through his attorney Wayne A. Ely, Esquire is directed to issue to Kenneth E. West, Trustee $2,867.72 representing the remaining balance due to fund the chapter 13 plan;

5. Attorney fees for Jeffery A. Fournier, Esquire in the amount of $834.00 are to be held by Wayne A. Ely, Esquire subject to approval by the Bankruptcy Court whereby Wayne E. Ely, Esquire will be directed to issue to Jeffery A. Fournier, Esquire $834.00 from the settlement proceeds.

BY THE COURT

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge