United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles John Eder, Jr.  
    Debtor

Case No. 17-13359-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 25, 2022      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles John Eder, Jr., 2770 Langhorne-Yardley Road, Langhorne, PA 19047-8248 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | | Bucks County Tax Claim Bureau, c/o John A. Torrente, Esquire, Bucks County Courthouse, Broad and Court Streets, Doylestown, PA 18901 |
| intp | + | Wayne A. Ely, Kolman Ely, PC, 414 Hulmeville Avenue, Penndel, PA 19047-5517 |
| cr | #+ | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 25 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bucks County Tax Claim Bureau |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 8 |

Date: Jan 27, 2022            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

**Name**      **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor Wells Fargo Bank  N.A. as Successor by Merger to Wachovia Bank, N.A. amps@manleydeas.com

JEFFERY A. FOURNIER
     on behalf of Debtor Charles John Eder  Jr. jefffournier@verizon.net

JEROME B. BLANK
     on behalf of Creditor The Bank of New York Mellon etal paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

KELLY LYN EBERLE
     on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
     on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL KEVIN MARTIN
     on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-30T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- 30T1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Charles John Eder Jr. | : Chapter 13 |
| Movant/Debtor | : Bankruptcy No. 17-13359-MDC |
| vs. | : |
| Kenneth E. West | : Motion to Approve Agreement |
| | : Compromise Controversy and |
| Trustee/Respondent. | : Settlement and Motion to Approve |
| | : Attorney fees and Set Aside Fees. |

## ORDER

AND NOW this  25th  day of January 2022, upon consideration of the Motion submitted by the Movant/Debtor for to Approve Compromise, Controversy and Settlement and Motion to Approve Fees and Set Aside it is hereby **ORDERED:**

1. That the Motion is Granted;

2. The Settlement Agreement dated September 3, 2021 for $45,000.00 is approved;

3. Attorney fees payable to Wayne A. Ely, Esquire for 33.33% from the settlement amount plus costs in accordance with the fee agreement is hereby approved;

4. Charles J. Eder, Jr. through his attorney Wayne A. Ely, Esquire is directed to issue to Kenneth E. West, Trustee $2,867.72 representing the remaining balance due to fund the chapter 13 plan;

5. Attorney fees for Jeffery A. Fournier, Esquire in the amount of $834.00 are to be held by Wayne A. Ely, Esquire subject to approval by the Bankruptcy Court whereby Wayne E. Ely, Esquire will be directed to issue to Jeffery A. Fournier, Esquire $834.00 from the settlement proceeds.

BY THE COURT

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge