# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | : Chapter 13 |
|    Charles J. Eder, Jr | : |
|  | : |
| Debtors | : Bankruptcy No. 17-13359-MDC |
|  | : |
|  | : Supplemental Application for Compensation |
|  | : and Reimbursement of Expenses Post |
|  | : Confirmation. |

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtors, hereby certifies the following:

1. That an Application for Compensation of Attorney Fees was filed on or about January 25, 2022.

2. Notice was served upon all creditors and interested parties on or about January 25, 2022.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

4. Neither an objection to the proposed compensation nor an application for administrative fees has been filed.

**WHEREFORE**, I respectfully request that the Application for Compensation of Attorney Fees be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor

## CERTIFICATION OF SERVICE

    I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the foregoing Certification of No Response by first class mail, postage prepaid and/or electronically on February 15, 2022, on the persons and at the addresses described below:

| | |
|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee | (electronic) |
| Kenneth E. West, Trustee | (electronic) |
| Bucks County Tax Claim Bureau<br>c/o John A. Torrente, Esquire<br>55 E. Court Street<br>Doylestown, PA 18901 | (mail) |
| Snap-on Credit, LLC<br>950 Technology Way, Suite 301<br>Libertyville, IL 60048 | (mail) |
| Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | (mail) |
| BANK OF AMERICA N.A.<br>P.O. BOX 31785<br>TAMPA, FL 33631-3785 | (mail) |
| Charles J. Eder, Jr, Debtor | (mail and e-mail) |

/s/ Jeffery A. Fournier, Esquire<br>
Jeffery A. Fournier, Esquire<br>
Attorney for Debtor