UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | : Chapter 13 |
| Charles J. Eder, Jr | : |
| Debtors | : Bankruptcy No. 17-13359-MDC |
|  | : Supplemental Application for Compensation |
|  | : and Reimbursement of Expenses Post |
|  | : Confirmation. |

# AMENDED

# EXHIBIT "B"

TIME RECORDS

| | | |
|---|---|---|
| Charles Eder, Jr | Bankruptcy<br>CH13# 17-13359 | Amended Time Records |

| Date | Description | Time 1/10 |
|---|---|---|
| 06/30/21 | Review letter from Wayne Ely, Esquire re: settlement of pi case, dictate e-mail response | 0.1 |
| 06/30/21 | Review file, application to employ, schedule B and exemptions. | 0.3 |
| 06/30/21 | Dictate letter to Wayne Ely, Esquire, documents required to review settlement. | 0.2 |
| 07/15/21 | Review complaint, medical reports and other info concerning the PI case. | 0.4 |
| 09/01/21 | Review e-mail from Wayne Ely, Esquire, dictate letter re: executed settlement agreement. | 0.2 |
| 10/14/21 | Review fully executed settlement agreement. | 0.2 |
| 10/04/21 | Dictate motion to approve settlement. | 1.0 |
| 10/09/21 | Dictate letter to client, re: schedule in to review motion. | 0.2 |
| 10/12/21 | Review e-mail from Wayne Ely, Esquire, dictate response re: scheduling client in to review motion. need fully execute agreement. | 0.1 |
| 10/14/21 | Review fully executed agreement | 0.1 |
| 10/14/21 | Review-mail from Wayne Ely, Esquire, dictate response, zoom meeting. | 0.1 |
| 10/22/21 | Set up zoom meeting, e-mail motion to opposing, telephone e conversation w/ W. Ely, Esquire, perform review by phone | 0.2 |
| 10/22/21 | Meeting by phone with debtor and Wayne Ely, Esquire review motion and issues that need to be addressed. | 0.5 |
| 10/27/21 | Review file, dictate letter to Wayne Ely on the status of documents needed, summarizing meeting and issues. | 0.2 |
| 10/28/21 | Review events and reminders. | 0.1 |
| 11/15/21 | Review file, dictate letter to Wayne Ely, follow up to the 10/27 letter. | 0.2 |
| 11/15/21 | Review events and reminders. | 0.1 |
| 12/20/21 | Review e-mail from Wayne Ely, Esquire received verification, dictate response on status of letter from Timothy Kolman, Esquire. | 0.2 |
| 12/28/21 | Dictate corrections to the motion, file with the court. File with court. | 0.6 |
| 12/28/21 | Dictate three letters to interested parties and client with motion. | 0.6 |
| 12/28/21 | Review events and reminders. | 0.1 |
| 01/11/22 | Review file, dictate letter to Trustee re: review the case and motion. | |
| 01/24/22 | Telephone conversation with Trustee on proposed order and objections to the proposed order. Reviewed file for exemptions. | 0.2 |
| 01/24/22 | Dictate amended order. Filed with court. | 0.2 |
| | Total Time Page One | 6.1 |

Charles Eder, Jr  Bankruptcy  Amended Time Records
CH13# 17-13359

Date  Description  Time 1/10

| Date | Description | Time |
|---|---|---|
| 01/24/22 | Telephone conversation w/ Wayne Ely, Esquire re: status , amended order and hearing contact information. | 0.1 |
| 01/24/22 | Dictate letter to client with instruction for hearing, proposed order and explanation of fees | 0.2 |
| 01/25/22 | Reviewed file and documents, attended the hearing on the motion to compromise | 0.5 |
| 01/25/22 | Prepared the revised proposed order, file with the court and e-mail to trustee and client | 0.2 |
| 01/25/22 | Review file, prepare the second fee application, file with the court | 0.6 |
| 01/25/22 | Service of the application | 0.3 |
| | Total Time Page Two | 1.9 |
| | Total Time Page One (6.1 hours) Plus Page Two (1.9 hours) | 8.0 |