UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Charles John Eder, Jr. | : Chapter 13 |
| Debtor | : |
| | : Bankruptcy No. 17-13359-MDC |
| | : |
| | : Motion for Extension of Time |
| | : to File Forms B243 and B2830 |
| | : |

ORDER GRANTING ADDITIONAL TIME FOR DEBTOR TO
FILE FORMS B243 AND B2830

It is HEREBY ORDERED that Debtor, Charles John Eder, Jr. shall file the Personal Financial Management Form B423 and Certification Regarding Domestic Support Obligation Form B2830 within thirty (30) days from the date of this Order.

If Debtor failed to do so, then this case may be closed without further notice or hearing and without the Debtor receiving his chapter 13 discharge.

BY THE COURT:

Date:  March 21, 2022

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge