United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-13359-mdc

Charles John Eder, Jr.                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles John Eder, Jr., 2770 Langhorne-Yardley Road, Langhorne, PA 19047-8248 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | | Bucks County Tax Claim Bureau, c/o John A. Torrente, Esquire, Bucks County Courthouse, Broad and Court Streets, Doylestown, PA 18901 |
| intp | + | Wayne A. Ely, Kolman Ely, PC, 414 Hulmeville Avenue, Penndel, PA 19047-5517 |
| cr | #+ | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2022 23:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2022 23:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2022 23:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bucks County Tax Claim Bureau |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                                     User: admin                                          Page 2 of 2

Date Rcvd: Mar 21, 2022                            Form ID: pdf900                                    Total Noticed: 8

Date: Mar 23, 2022                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. as Successor by Merger to Wachovia Bank, N.A. amps@manleydeas.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Charles John Eder  Jr. jefffournier@verizon.net |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon etal paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-30T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- 30T1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTER DISTRICT OF PENNSYLVANIA

In Re:  **Charles John Eder, Jr.**        : **Chapter 13**
              **Debtor**     :
                          : **Bankruptcy No. 17-13359-MDC**
                          :
                          : **Motion for Extension of Time**
                          : **to File Forms B243 and B2830**
                          :

### ORDER GRANTING ADDITIONAL TIME FOR DEBTOR TO
### FILE FORMS B243 AND B2830

It is HEREBY ORDERED that Debtor, Charles John Eder, Jr. shall file the Personal Financial Management Form B423 and Certification Regarding Domestic Support Obligation Form B2830 within thirty (30) days from the date of this Order.

If Debtor failed to do so, then this case may be closed without further notice or hearing and without the Debtor receiving his chapter 13 discharge.

BY THE COURT:

Date:  March 21, 2022        *Magdeline D. Coleman*
                                   Magdeline D. Coleman
                                   Chief U.S. Bankruptcy Judge