UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Charles J. Eder, Jr<br><br>                       Debtors | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 17-13359-MDC<br>:<br>: Supplemental Application for Compensation<br>: and Reimbursement of Expenses Post<br>: Confirmation. |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES POST CONFIRMATION

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses Post Confirmation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response, It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $834.00 and reimbursement of expenses of $0.00.

3. Wayne A. Ely, Esquire the attorney for Charles J. Eder, Jr. is directed to issue a check in the amount of $834.00 to Jeffery A. Fournier, Esquire from the settlement proceeds of the Debtors personal injury case.

By the Court:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Date:  March 28, 2022