UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>    Charles John Eder, Jr.<br><br>           Debtors | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 17-13359-MDC<br>: Praecipe to Withdraw<br>: Motion to Approve Application for<br>: of Attorney Fees #135<br>: |

PRACECIPE TO WITHDRAW MOTION TO
APPROVE APPLICATION FOR ATTORNEY FEES.

TO THE CLERK OF THE COURT:

PLEASE WITHDRAW MOTION, DOCKET NO. 135 FILED ON MARCH 9, 2022.

Respectfully Submitted,

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873