Certificate Number: 05781-PAE-DE-036441473

Bankruptcy Case Number: 17-13359



05781-PAE-DE-036441473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2022, at 1:54 o'clock PM PDT, Charles Eder completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 31, 2022            By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President