United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13359-mdc |
| Charles John Eder, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 15, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles John Eder, Jr., 2770 Langhorne-Yardley Road, Langhorne, PA 19047-8248 |
| 13917074 | + | Arlene Ricio, 140 Kenwood Drive S, Levittown, PA 19055-2439 |
| 14469806 |   | BANK OF AMERICA N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| 13917070 | + | Bank of NY Mellon, One Wall Street, New York, NY 10286-0001 |
| 13917073 | + | Bristol Township Sewer Dept., 2501 Bath Road, Bristol, PA 19007-2150 |
| 13925614 | + | Bucks County Tax Claim Bureau, c/o John A. Torrente, Esquire, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 13917075 | + | Ditch, P. O. Box 94710, Palatine, IL 60094-4710 |
| 14105570 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Road, Bristol, PA 19007-6902 |
| 13917077 | + | Michael T. McKeever, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13917078 | + | Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |
| 13917076 |   | Russell P. Sacco, Esquire53 S. Main Street, Yardley, PA 19067 |
| 13934402 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit, LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14010816 | + | THE BANK OF NEW YORK MELLON, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14566988 | + | THE BANK OF NEW YORK MELLON, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14296974 |   | THE BANK OF NEW YORK MELLON ET.AL., C/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14566781 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13917072 | + | Tax Claim Bureau, County of Bucks, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 14297251 | + | The Bank of New York Mellon, C/OJEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 13950212 |   | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 14663152 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 13917071 | + | Wells Fargo Bank, NA, P. O. Box 6995, Portland, OR 97228-6995 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2022 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2022 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2022 23:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14469806 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2022 23:29:00 | BANK OF AMERICA N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| 14010816 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2022 23:29:00 | THE BANK OF NEW YORK MELLON, 7105 Corporate Drive, Plano, TX 75024-4100 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 15, 2022 | Form ID: 138OBJ | Total Noticed: 24
TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. as Successor by Merger to Wachovia Bank, N.A. amps@manleydeas.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Charles John Eder Jr. jefffournier@verizon.net |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon etal paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-30T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- 30T1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Charles John Eder, Jr.
    Debtor(s)

Case No: 17−13359−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/15/22

147 − 132
Form 138OBJ